No. 296.   MISSISSIPPI CENTRAL RAILROAD COMPANY, PLAINTIFF IN ERROR, v. WADE LOTT.   In error to the Supreme Court of the State of Mississippi.   April 15, 1918. Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. S. E. Travis* for plaintiff in error.   No appearance for defendant in error.

———

No. 446.   J. B. SHOWALTER ET AL., APPELLANTS, v. TRUSTEES OF THE INTERNAL IMPROVEMENT FUND OF THE STATE OF FLORIDA ET. AL.   Appeal from the District Court of the United States for the Southern District of Florida.   April 15, 1918.   Dismissed with costs, on motion of counsel for appellants.   *Mr. Clair D. Vallette* and *Mr. A. B. Quinton* for appellants.   *Mr. Glenn Terrell* for appellees.